IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SVENJA SCHMITT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-05108

Judge John F. Kness

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 18 | Newcosplay |
| 140 | Fashion Live Day |
| 185 | Beyong |
| 17 | LCKUS |
| 14 | jeansian |
| 100 | HOSTECCO |
| 186 | Abtory |
| 35 | MONTYQ |
| 77 | SDZXC |
| 93 | GDJGTA |
| 190 | ALILANG-XKX |
| 1 | Bravetoshop |

| | |
|---|---|
| 163 | CCSmall |
| 176 | yanzhikeji |
| 126 | Miraclekoo |
| 106 | YesCustom |
| 59 | QWENTMTNTY |
| 189 | XBS-Better |
| 37 | iHHAPY |
| 23 | DIYAGO(★★7-21days Delivery) |
| 89 | Shaggybaby |
| 20 | novelty house |
| 199 | LanS |
| 187 | UZZO-PHEZEN |

DATED:  November 24, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone:312-971-6752
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 24, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt