IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SVENJA SCHMITT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-05108

Judge John F. Kness

Magistrate Judge Sheila M. Finnegan

## [CORRECTED] NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 18 | Newcosplay |
| 140 | Fashion Live Day |
| 185 | Beyong |
| 17 | LCKUS |
| 14 | jeansian |
| 100 | HOSTECCO |
| 186 | Abtory |
| 35 | MONTYQ |
| 77 | SDZXC |
| 93 | GDJGTA |
| 190 | ALILANG-XKX |
| 1 | Bravetoshop • LAST SALE |
| 4 | Booboda |
| 51 | Tiitstoy mens shirts best sellers clearance sale |
| 122 | ♡ Lingerie/Boots/Shirts/DDress/Gifts for Men/Women |
| 129 | Cambkatl |
| 139 | FGHHD |
| 138 | ZhiYanBaiHuo |
| 19 | Sister Amy |
| 97 | YNDUS Direct |
| 135 | Honeystore |
| 107 | XIAOP |
| 5 | AJYX |

| | |
|---|---|
| 163 | CCSmall |
| 176 | yanzhikeji |
| 126 | Miraclekoo |
| 106 | YesCustom |
| 59 | QWENTMTNTY |
| 189 | XBS-Better |
| 37 | iHHAPY |
| 23 | DIYAGO( 7-21days Delivery) |
| 89 | Shaggybaby |
| 20 | novelty house |
| 199 | LanS |
| 187 | UZZO-PHEZEN |

DATED:  November 24, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 24, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt