IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SVENJA SCHMITT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-05108

Judge John F. Kness

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 8 | &moon& |
| 65 | HUANLE |
| 84 | meal-leaf |
| 95 | Ykohkofe |
| 172 | HMTECHUS |
| 174 | COTDINFORCA |
| 177 | MRSTERUS |
| 178 | QIVSTARS |
| 179 | LEECOCO |
| 180 | MEIKONST |
| 181 | ISADENSER |
| 182 | YOPINP |
| 183 | Asdsinfor |
| 184 | EMAXELER' |
| 12 | Coomiu.viv |
| 32 | NEGJ US |
| 42 | JGEMBL |
| 57 | sgikjia |
| 72 | LIAYAT |
| 86 | Realdo |
| 74 | FitOOTLY |
| 16 | laingdd |
| 188 | Candy house |

| | |
|---|---|
| 36 | Yakunmao |
| 40 | Liza Ai |
| 41 | SINHE & Stoota 7-20 Days to Shipping |
| 44 | Wocachi (7 ~ 14 days delivery) |
| 45 | PDFME(7-14 Days Delivery) |
| 47 | BEUU(Deliver in 7-14 Days) |
| 48 | DUEIG(7-18 Days Delivery) |
| 60 | Sandistore |
| 73 | 7-20 days on shipping JINF |
| 75 | PHOTNO |
| 115 | Buolo |
| 158 | Hugeoxy(7-18 Days Delivery) |
| 7 | Azuki-Fashion |
| 2 | ♡hechetri ♡Mens Hawaiian Shirts&Shorts |
| 22 | TOWMUS |
| 29 | NOLDARES |
| 43 | Haedhmko |
| 54 | Osborniool |
| 56 | Lkako |
| 153 | Gipsley �籤 Within 7-15 Days Delivery |

DATED: December 4, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 4, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt