**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SVENJA SCHMITT,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.:  1:23-cv-05108

Judge John F. Kness

Magistrate Judge Sheila M. Finnegan

<u>**SATISFACTION OF JUDGMENT**</u>

WHEREAS, a judgment was entered in the above action on December 23, 2023 [30] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 146 | lvatr store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: May 13 , 2024              Respectfully submitted,

                                  Keith A. Vogt, Esq. (Bar No. 6207971)
                                  Keith Vogt, Ltd.
                                  33 West Jackson Boulevard, #2W
                                  Chicago, Illinois 60604
                                  Telephone: 312-971-6752
                                  E-mail: keith@vogtip.com

                                  *ATTORNEY FOR PLAINTIFF(S)*

Subscribed and sworn before me by Keith A. Vogt, on this 13 of May, 2024.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF _Illinois_

COUNTY OF _Cook_

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026